UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD W. BRITT,<br><br>　　　　　Defendant. | No. 2:17-cv-1609 KJN P<br><br><br>ORDER |

Plaintiff is a jail inmate housed in the Colusa County Jail, proceeding in forma pauperis. He consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed August 28, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.[1]

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: October 12, 2017

/azev1609..fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] On September 1, 2017, plaintiff filed a letter stating he had mailed the court copies of transcripts, and filed a second motion to proceed in forma pauperis. (ECF Nos. 10, 11.) But neither of these filings are responsive to the court's August 28, 2017 order.

1