UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALEX LEONARD AZEVEDO, | No. 2:17-cv-1609 KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RONALD W. BRITT, | |
| Defendant. | |

Plaintiff is a jail inmate housed in the Colusa County Jail, proceeding in forma pauperis. He consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On October 18, 2017, plaintiff inquired why his case was dismissed, and on October 25, 2017, plaintiff filed a request for refund of the court's filing fee.

Plaintiff's case was dismissed based on plaintiff's failure to timely file an amended complaint. (ECF No. 12.) By order filed August 28, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date passed, and plaintiff did not file an amended complaint, or otherwise respond to the court's order; and this action was dismissed on October 12, 2017.

In his October 18 inquiry, plaintiff claims he filed a notice of amended complaint. (ECF No. 14 at 1.) However, the court did not receive an amended complaint or a notice of amended complaint from plaintiff, either before the October 12, 2017 order, or with plaintiff's recent

1

inquiry. If plaintiff has a copy of such amended complaint, he should file it with the court along with an explanation of his delay, if any he may have. Fed. R. Civ. P. 60(b).

With regard to the court's filing fee, plaintiff is advised that the court is unable to grant refunds. Filing fees are due when any complaint is filed, and are due whether or not the case is ultimately dismissed. 28 U.S.C. §§ 1914(a), 1915(b)(1).

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for refund (ECF No. 15) is denied.

Dated: November 2, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/azev1609..ref