UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:17-cv-1609 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RONALD W. BRITT, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On September 14, 2018, plaintiff filed a request noting that he could not afford the cost of copies to obtain a copy of his docket sheet, and also requested the appointment of counsel. Plaintiff is advised that this civil rights action was closed on October 12, 2017. Therefore, the appointment of counsel is not appropriate in this closed case. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 19) is denied. No orders will issue in response to future filings.

Dated: September 26, 2018

azev1609.31

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE